Robert N. Clark (SBN 134914)
Courtney E. Leverty (SBN 225931)
Robertson • Clark, LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
Tel: (619) 531-7000; Fax: (619) 531-7007
E-mail: bclark@robertsonclark.com
         cleverty@robertsonclark.com

Attorneys for Defendants MAXUM INDEMNITY
COMPANY and S.H. SMITH & COMPANY, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RE/MAX MEGA GROUP, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAXUM INDEMNITY COMPANY, a Delaware Corporation; S.H. SMITH & COMPANY, INC., a Connecticut Corporation, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:09-cv-06310-DDP-CT<br><br>**NOTICE OF ERRATTA REGARDING DEFENDANT MAXUM INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    August 2, 2010<br>Time:   10:00 a.m.<br>Judge:  Hon. Dean D. Pregerson<br>Room:  3 |

**TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

The affidavits of Peter DeJesso, Adam Grant and Robert N. Clark attached as Documents 45-4, 45-5 and 45-7 respectively to Maxum Indemnity Company's motion for summary judgment were inadvertently electronically filed without the second page due to a document scanning error. Maxum believes that the Court was served with complete copies of all three declarations as part of the Court's working

NOTICE OF ERRATA IN SUPPORT OF MAXUM'S MOTION FOR SUMMARY JUDGMENT

copies of Maxum's motion and supporting papers. Peter DeJesso's declaration was also fully filed and served upon Plaintiff with Defendant S.H. Smith & Company's Motion for Summary Judgment and is therefore part of the court's record.

A complete copy of the each of the declarations is attached hereto. Maxum requests that the court consider the declarations as if properly filed.

DATED: July 15, 2010            ROBERTSON • CLARK, LLP

By: */s/ Robert N. Clark*
    Robert N. Clark
    Courtney E. Leverty
    Attorneys for Defendants MAXUM INDEMNITY COMPANY & S.H. SMITH & COMPANY, INC.

NOTICE OF ERRATA IN SUPPORT OF MAXUM'S MOTION FOR SUMMARY JUDGMENT